Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

HEAVENly Holy HOST CHOSEN ONE JA'MIMA'NI LORD GODY SAVIOR (The J.A.R.
)
)
)
)
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

THE NATION of ISLAM, WORLD COMMUNITY OF ISLAM BLACK FLAG POWER WHITE POWER Et Al ORGANIZATIONT THAT HAVE TAKEN AND CONTINU TO rob The ICTITTE METITC THRONE Soldgers + Soldgerens under
The Holy C(lOR)OUS CHOSEN ONE Ja'mima'ni (THE JAR) FLAG.

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.    HEAVENly Holy Host. U.S. P.O. 02/22
   
   Name    CHOSEN ONE JA'MIMA'NI THE J.A.R., JAMES ANASTASIA Roman
   Street Address    33 Perrin St    / P.O. BOX 02122 UNINTED STATES P.O,
   City and County    BOSTON MASS 02119
   State and Zip Code    MASS 02119
   Telephone Number    857 250 6589
   E-mail Address    JANASTASIA 7898.gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: EVERY US President after - President
- Job or Title (if known): Richard Millhouse Nixon
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

I have no computer and I'm not litterate with one but my case # are on YAHOO and that info is in Dorchester Court, The Roxbury Library on Seaver ST.

**Defendant No. 2**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

The NATION of Isham and All NAZI / Anti Christ Organizations who took my royaltys of our family business / Time Shares / Real Estate / Inheritance as my Glorious Chosen One Holy Book in Rev Micheal E Haynes Possession and 12th Baptst church for copying for me that is witness of my Artist and Writer experience that my Elementary School Teachers Told me I must do since I'm Exter est that Colored person of Human nature. And a lot of help was here to help me.

**Defendant No. 3**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

STATE Tresurer - Robert Crane That personally knew my mom Princess Anastasia Romanova and father in Law Henry Luce

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Im the HEAVENly Holyewattuch Hosts AND my HolyewiAttuchORD GOD understanding is NOT your understanding However the Holy ewAttuch ORD by Flag SeaLabel protects CosA NOSTRA-ANASTASIA

B. **If the Basis for Jurisdiction Is Diversity of Citizenship** UNder world EXTREMEsT
   Are Soldgers + soldgerettes for our planets

1. The Plaintiff(s) Alienation Galaxy ewAttuch Goddess ewAttuch Planetary ewAttuch SystemsTATUS FOR
   a. If the plaintiff is an individual  GloRious Chusen one
   The plaintiff, *(name)* CHOSEN ONE JAn-IMANI is a citizen of the
   State of *(name)* MASSAChusetts.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* THE JAR. INHERITANCE; is incorporated under the laws of the State of *(name)* U. S. A.,
   and has its principal place of business in the State of *(name)* MASSAChusetts.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) Prestdents representing U.S.A. Since Prestdent Richard M. Nixon.
   a. If the defendant is an individual
   The defendant, *(name)* Pres. James Carter et al, is a citizen of the State of *(name)* Criminals known +. Or is a citizen of *(foreign nation)* UN known.

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) **BLACK/WHITE witchcraft evil**, is incorporated under the laws of the State of (name) **Power (N Plain View)** and has its principal place of business in the State of (name) **of U.S.A. Const.**

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

**1990 MBTA CASE that remained open, the Incarceration of plaintiff due to him not being a Black man including the faith based programs Act and Alien bills of Clinton and President Bush**

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Defendants did claim and support Black Power that Jewish Genicide did not happen in USA causing deep pains after Wiesal Book of Holocaust with Nobel Peace Prize and World University Prize for writing True documents based on my mother Princess Anastasia Romanovah. Seizure of them documents from Prisoners**

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**The Train in Switzerland that held the Art + Treasure looted from my people. Return of All Real Estate/ Timeshares/ family business and inheritance at once.**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JUNE 14, 2ONG. (2024) June 14

Signature of Plaintiff: [signature] Heavenlyewartwick ORD God + Savior Holy Host Chosen One Janimani

Printed Name of Plaintiff: Heavenlyewartwick ORD, God + Savior Holy Host Chosen One Army Man

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address